1

2

3

4

5

6

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

7

8       Lyndsay Ward;                    )        No. CV 10-2679-PHX-SRB
                                         )
9                                        )
                                         )
10           Plaintiff,                  )
                                         )
11      v.                               )
                                         )
12      Midland Credit Management,       )            **ORDER**
        Inc.;                            )
13                                       )
                                         )
14           Defendant.                  )
                                         )
15      _____)

16          Plaintiff   and   Defendant   having   stipulated   to

17      dismissal of this action with prejudice, and good cause

18      appearing,

        **IT IS HEREBY ORDERED** dismissing this action with

19      prejudice, each party to bear its own attorney's fees and

20      costs.

21          DATED this 7th day of April, 2011.

22

23

24      _____
                        Susan R. Bolton
25                 United States District Judge